IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JONATHAN A. HARGETT,                )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )       1:23CV503
                                    )
RODERICK VIRGIL, et al.,            )
                                    )
        Defendant(s).               )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. Plaintiff sets out his claims in a general and conclusory fashion. He must provide the facts supporting those claims.

2. Plaintiff does not state how he alleges that each named Defendant violated his federal constitutional rights. He cannot simply list alleged violations and separately list Defendants. He must name the persons who are actually responsible for the alleged violations of his constitutional rights and state how each named Defendant allegedly violated them.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 5th day of July, 2023.

                                         /s/ L. Patrick Auld
                                        **L. Patrick Auld**
                              **United States Magistrate Judge**