IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JONATHAN A. HARGETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RODERICK VIRGIL, Sheriff ) | |
| in individual and official ) | 1:23-cv-503 |
| capacity, DANIEL HEADRIX, ) | |
| Jail Administrator in ) | |
| individual and official ) | |
| capacity, AMY COLLINS, ) | |
| Data Clerk in individual ) | |
| and official capacity, ) | |
| NORMA BLACKSHEAR, Data ) | |
| Clerk in individual and ) | |
| official capacity, and HOKE ) | |
| COUNTY SHERIFF'S OFFICE, ) | |
| ) | |
| Defendants. ) | |

### ORDER

On July 5, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED**

that this action be filed, and is hereby, **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of September, 2023.

                                                                                                                   /s/ William L. Osteen, Jr.
                                                                        United States District Judge